UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JAMIE BURGOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERTAINMENT 2851 LLC, dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS" a Florida Limited Liability Company;  MICHAEL TOMKOVICH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-1171-KKM-TGW |

MOTION TO APPEAR *PRO HAC VICE*,
CERTIFICATION WRITTEN DESIGATION
AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, plaintiff Jamie Burgos ("Plaintiff"), by and through her undersigned attorney, move this Court for an order allowing Alina S. Vulic to appear in this Court as co-counsel on behalf of Plaintiff in the above styled lawsuit. In support of this motion, Plaintiff says:

1. Alina S. Vulic, an associate attorney at Carpenter & Zuckerman, has

been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this cause.

2. Ms. Vulic does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Ms. Vulic is a member of good standing and admitted to practice before the State of California. In addition Ms. Vulic is admitted in the United States District Courts for the Central District of California, the Eastern District of California.

4. Ms. Vulic is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Ms. Vulic is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

5. Ms. Vulic designated Raymond R. Dieppa and the law firm of FLORIDA LEGAL, LLC, 12550 Biscayne Blvd. Suite 209, North Miami, Florida 33181, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

6. Through his signature affixed below, Raymond R. Dieppa of the law firm of FLORIDA LEGAL, LLC, hereby consents to such designation.

7.     Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Raymond R. Dieppa certifies that Ms. Vulic has complied with the fee and e-mail registration requirements of Rule 2.01 (d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, plaintiff Jamie Burgos respectfully requests this Court to enter an order admitting Ms. Vulic to practice before this Court pro hac vice.

## MEMORANDUM OF LAW

Plaintiff Jamie Burgos's ("Plaintiff") motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

        FLORIDA LEGAL, LLC

        By:  */s/ Raymond R. Dieppa*
        Raymond R. Dieppa, Esq. FBN: 27690
        Ray.Dieppa@floridalegal.law
        FLORIDA LEGAL, LLC
        12550 Biscayne Blvd.
        Suite 209
        North Miami, Florida 33181
        (305) 901-2209 – TELEPHONE
        (786) 870-4030- FACSIMILE

        -and-

        Alina S. Vulic
California Bar No. 337080
(*Pro Hac Vice applicant*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*avulic@cz.law*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JAMIE BURGOS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENTERTAINMENT 2851 LLC, dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS" a Florida Limited Liability Company; MICHAEL TOMKOVICH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-1171-KKM-TGW |

## CERTIFICATION OF ALINA S. VULIC

Alina S. Vulic, Esquire, pursuant to Local Rule of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of The United States District Court for the Middle District of Florida; and (2) I am a member in good standing of the State Bar of California and the United States District Court for the Eastern District of California and the Central District of California.

*Alina S. Vulic, Esq.*
Alina S. Vulic

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served electronically via e-mail, on June 3, 2022 on all counsel or parties of record on the service list.

/s/ *Raymond R. Dieppa*
Raymond R. Dieppa

<u>SERVICE LIST</u>
**Case No.: 8:22-cv-1171-KKM-TGW**

No parties besides Plaintiff have appeared in this matter to date.