## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

JAMIE BURGOS,

        Plaintiff,

v.

EMPEROR'S TAMPA INC. dba
EMPEROR'S GENTLEMEN'S CLUB
fka "DIAMONDS", a Florida Corporation;
ENTERTAINMENT 2851 LLC, dba
EMPEROR'S GENTLEMEN'S CLUB fka
"DIAMONDS" a Florida Limited Liability
Company;  MICHAEL TOMKOVICH, an
individual; and DOES 1 through 10,
inclusive,

        Defendants.

/

Case No.: 8:22-cv-01171-KKM-TGW

**DECLARATION OF JAMIE BURGOS IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

## DECLARATION OF JAMIE BURGOS

I, Jamie Burgos, based on my own experience and knowledge, hereby declare as follows:

1. I am the Plaintiff in this matter. I have personal knowledge of all facts stated in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. Emperor's, Inc. dba Emperor's Tampa, Inc., dba Emperor's is an exotic adult-entertainment facility, known as a gentlemen's club or a strip club, in Tampa, Florida, where topless dancers are the primary form of entertainment. Dancers are the main attraction at Emperor's, enticing and entertaining customers with good looks, dances, and private dances. Emperor's is located at 5718 E Adamo Drive, Tampa, Florida 33619.

3. I worked at Emperor's as an exotic dancer for almost twenty years from 2001 to 2021. There was no limit to how long I was allowed to work at Emperor's. My primary role at Emperor's was to dance, semi-nude, to provide entertainment to Emperor's customers.

4. Dancers at Emperor's are hired based on their attractiveness, not their skill. I did not use any managerial skill at Emperor's.

5. While I worked at Emperor's, the club set the rules, policies, and procedures regarding exotic dancers. Michael Tomkovitch was the sole owner and operator of Emperor's during the statutory time period from 2019 through 2021. Mr. Tomkovitch controlled the finances at Emperor's and would also give directions to the managers at Emperor's. Mr. Tomkovitch had the authority to decide who could be hired and who would be fired.

6. For a dancer to work at Emperor's, they must audition and must be hired. Emperor's had no major requirements for dancers to work except that they are of legal age and are willing to dance nude or semi-nude. To be hired at Emperor's and to continue working, I had to sign a document choosing whether to be an independent contractor or an employee. I had no legal representation while making this decision, but Emperor's made it seem better to agree to be an independent contractor. Emperor's allowed walk-in auditions and if a dancer is attractive, she would usually be hired promptly, sometimes even that same day.

7. Emperor's and Mr. Tomkovitch hired the club's other employees, not the dancers.

8.      I was subject to Emperor's' rules, policies, and procedures. Emperor's set the club's opening and closing hours, not the dancers. The dancers did not have keys to Emperor's. I could not work at Emperor's outside of the club's hours. I, along with other dancers, was not involved in setting Emperor's hours and when dancers could work. I, along with other dancers, could work for Emperor's only when management and ownership decided to open the club.

9.      Emperor's advertised via videos and pictures on social media and also had print flyers. Emperor's paid for this advertising, not the dancers.

10.     There is a cover charge that customers pay to enter Emperor's. Emperor's, not dancers, had authority over which customers could enter and which customers were asked to leave the club. Emperor's set the cover charge for Emperor's and I, as a dancer, had no input or control on this price.

11.     DJs play the music at Emperor's. Emperor's set rules for the DJs at Emperor's including the type of music to be played. Emperor's has a stage for dancers. The DJ calls dancers when it is their turn to dance on stage. Dancers at Emperor's often dance semi-nude on stage.

12.     Besides dancing on stage, dancers perform dances on the floor for customers. Emperor's set the price for the table lap dances. Dancers did not have authority to set base dance prices at Emperor's.

13.     Dancers also perform VIP dances in semi-private booths. Emperor's set the base prices for the VIP dances. VIP dances are charged by time increments per Emperor's' policy. Customers would pay me for this entertainment as well as for stage or floor dances. However, customers would give the money for my VIP and floor dances to Emperor's first. I never received any wages from Emperor's. For example, if a customer wanted a VIP dance, they would pay the club directly in advance. Emperor's would then keep track of the amount of money I earned based on the number of customers I danced for, and then at the end of the night, Emperor's would take a percentage of the money I earned and give me the rest. Emperor's kept a percentage of all VIP dance fees. I, along with other dancers, was required to split a portion of all dance fees with Emperor's. I never heard Emperor's mention a service charge of any kind to any of my customers

regarding my dances.

14.    Emperor's created rules that dancers at Emperor's must follow. Dancers were sometimes disciplined for violating Emperor's' rules, policies, and procedures. If there were ever disputes between customers and dancers at Emperor's, Emperor's' hosts, managers, or security would step in to resolve it.

15.    I, along with other dancers, was required to pay "house fees" or "stage fees" to work at Emperor's. The amount of the stage fees was set by Emperor's and Emperor's' managers. If you showed up late, the price of the fee increased. Managers at Emperor's stated this was to incentivize dancers to show up on time. Emperor's sometimes required that dancers sign in when we arrived and then tip certain people at the club before we left.

16.    Emperor's paid for the stage at Emperor's and all of the equipment such as the poles, speakers, etc. Emperor's also paid the bills for the club. Dancers did not pay for any of Emperor's' facilities, bills, utilities, dance poles, speakers, or advertising.

17.    I, along with other dancers, did not have authority or control as to whether a customer would be asked to leave Emperor's.

18.    I, along with other dancers at Emperor's, did not have any management responsibilities. Emperor's management determined the length of dancer shifts. Emperor's and Mr. Tomkovitch also decided when the club would open and close. I could not choose to dance at the club outside of the times Mr. Tomkovitch and Emperor's decided the club would be open.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2023 at 5:17_____, Florida.


_____
*Jamie Burgos*
Jamie Burgos (Sep 22, 2023 17:17 EDT)
Jamie Burgos, Plaintiff

I certify that on Friday, September 22, 2023 a true and correct copy of the attached **DECLARATION OF JAMIE BURGOS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Trescot Gear
Florida Bar Number 118216
**GEAR LAW, LLC**.
1405 West Swann Avenue
Tampa, Florida 33606
Tel.: (904) 654-6221
Fax.: (813) 337-0243
Email: Trescot@gearlawllc.com

*Attorney for Defendants*

*/s/ Justice D. Turner*
_____
Justice D. Turner