UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

| | |
|---|---|
| JAMIE BURGOS,<br><br>    Plaintiff,<br><br>v.<br><br>EMPEROR'S TAMPA INC. dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS", a Florida Corporation; ENTERTAINMENT 2851 LLC, dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS" a Florida Limited Liability Company; MICHAEL TOMKOVICH, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ / | Case No.: 8:22-cv-01171-KKM-TGW<br><br>**DECLARATION OF TANYA HOLESAPPLE SCOTT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## DECLARATION OF TANYA HOLESAPPLE SCOTT

I, Tanya Holesapple Scott, based on my own experience and knowledge, hereby declare as follows:

1. I have known Jamie Burgos for approximately 35 years. I used to babysit her when she was younger. As she got older, I often helped her with transportation at times when she did not have a ride to go places.

2. From 2019 through 2021 often drove her to work at Emperor's gentleman's club located at 5718 E. Adamo Drive, Tampa Florida 33619. I would also often pick her up after her shifts as an exotic dancer.

3. To my knowledge, she worked at Emperor's from 2001 through 2021.

4. Jamie has previously spoken to me about her time at Emperor's and informed me that she would often be forced to tip other employees at Emperor's and pay fees to work.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in __Brandon__, Florida.

Dated: September 22, 2023

_____
Tanya Scott (Sep 22, 2023 14:42 EDT)
Tanya Holesapple Scott

<u>**CERTIFICATE OF SERVICE**</u>

   I certify that on Friday, September 22, 2023 a true and correct copy of the attached **DECLARATION OF TANYA HOLESAPPLE SCOTT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Trescot Gear
Florida Bar Number 118216
**GEAR LAW, LLC**.
1405 West Swann Avenue
Tampa, Florida 33606
Tel.: (904) 654-6221
Fax.: (813) 337-0243
Email: Trescot@gearlawllc.com

***Attorney for Defendants***

                       */s/ Justice D. Turner*
                         Justice D. Turner