# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

JAMIE BURGOS,

    Plaintiff,

v.

EMPEROR'S TAMPA INC. dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS", a Florida Corporation; ENTERTAINMENT 2851 LLC, dba EMPEROR'S GENTLEMEN'S CLUB fka "DIAMONDS" a Florida Limited Liability Company; MICHAEL TOMKOVICH, an individual; and DOES 1 through 10, inclusive,

    Defendants.

_____ /

Case No.: 8:22-cv-01171-KKM-TGW

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLAINTIFF'S** Motion for partial summary judgment came before the Court. After hearing argument and reviewing all documents and evidence submitted,

IT IS ORDERED :

1.  Defendants Misclassified Plaintiff as an independent contractor when she was, in fact, an employees at Defendants' club under the Fair Labor Standards Act ("FLSA").

2.  Michael Tomkovitch was an employer and is therefore personally liable to the plaintiff under the FLSA.

3.  Defendants have not met their burden on their affirmative defense of good faith as a matter of law;

4.  Defendants are not entitled to an offset of their minimum wage obligations; and

5.  Defendants' failure to comply with the dictates of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* was willful, entitling Plaintiffs to liquidated damages and extending Plaintiffs' statute of limitation from (2) to three (3) years.

Dated:

                                                Honorable District Court Judge

## CERTIFICATE OF SERVICE

  I certify that on Friday, September 22, 2023 a true and correct copy of the attached **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Trescot Gear
Florida Bar Number 118216
**GEAR LAW, LLC**.
1405 West Swann Avenue
Tampa, Florida 33606
Tel.: (904) 654-6221
Fax.: (813) 337-0243
Email: Trescot@gearlawllc.com

*__Attorney for Defendants__*

                */s/ Justice D. Turner*
                Justice D. Turner