UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE BURGOS,

    Plaintiff,

v.                                                                    Case No: 8:22-cv-1171-KKM-TGW

EMPEROR'S TAMPA, INC.,
ENTERTAINMENT 2851 LLC, and
MICHAEL TOMKOVICH,

    Defendants.
_____

## ORDER

The parties announce a settlement. (Doc. 157). Because this action arose under the Fair Labor Standards Act, the parties jointly move for court approval of their settlement agreement. *Id.*; *see Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the Settlement Agreement, *see* (Doc. 157-1) at 10–15, the motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009).

Accordingly, the following is **ORDERED**:

1. The plaintiff's unopposed Motion for Settlement Approval (Doc. 157) is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to enter **JUDGMENT** that should read, "Final judgment is awarded in favor of the Plaintiff in the total amount of $12,500.00, of which $5,000.00 is to be awarded to Plaintiff and $7,500.00 to Plaintiff's counsel as attorney's fees and costs."

**ORDERED** in Tampa, Florida, on August 26, 2024.

*/s/ William F. Jung*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge William F. Jung to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.